Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TCCJ LLC d/b/a COCO FRESH TEA & JUICE, a California limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-06349-ODW-RAO <br><br> Honorable Judge Otis D. Wright, II <br> Courtroom 5D, 5th Floor <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: August 5, 2021 <br> Trial Date: None |

1     Plaintiff, Meghan Downing ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims and without prejudice of the claims of the purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: January 20, 2021            Respectfully Submitted,

                                                   */s/ Thiago M. Coelho*
                                                   Thiago M. Coelho
                                                   **WILSHIRE LAW FIRM**
                                                   *Attorneys for Plaintiff and*
                                                   *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 20, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: January 20, 2021          */s/ Thiago M. Coelho*
                                                Thiago M. Coelho