UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:21-cv-06349-ODW (RAOx) | Date | February 23, 2022 |
|---|---|---|---|
| Title | *Meghan Downing v. TCCJL LLC et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**  **In Chambers**


On January 20, 2022, Plaintiff filed a Notice of Settlement. (ECF No. 22.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by February 21, 2022. (ECF No. 23.) In its Order, the Court advised the parties that, "Failure to timely comply with this order shall result in the dismissal of this action without further notice." (*Id.*) To date, the parties have failed to file a timely dismissal. Instead, the parties filed a Stipulation to extend the deadline to file a dismissal, explaining that the parties are finalizing the terms of the settlement agreement and need additional time to fully execute it. (ECF No. 24.)

The Court has no interest in monitoring parties' finalization or execution of the terms of a settlement agreement. Given that the parties have settled the matter, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement should be enforced in a subsequent lawsuit. Accordingly, the Stipulation, (ECF No. 24), is **DENIED**.

The Clerk of the Court shall close this case.

                                                                                     : 00

Initials of Preparer    SE